UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-1891-ACC-LHP

DANIEL LUGO,

    Plaintiff,

v.

N & A SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his or its own fees and costs except as otherwise agreed.

    s/Drew M. Levitt
    DREW M. LEVITT
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    LEE D. SARKIN
    Florida Bar No. 962848
    LSarkin@aol.com
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Attorneys for Plaintiff